UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:02 CR 256 (CFD) |
| | : | |
| RUDOLPHO OTERO | : | |

## ORDER TO SHOW CAUSE

Defendant Rudolpho Otero was sentenced by the Court on April 2, 2003 to a term of 84 months' imprisonment for conspiracy to possess with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), and 846. Otero now has filed a pro se petition to amend the judgment in his case, pursuant to 18 U.S.C. § 3582(c)(2) and Fed. R. Crim. P. 36, claiming that the Bureau of Prisons wrongfully denied him sentencing credit for the 15 months he spent in pretrial state custody.  See Doc. # 84.  Otero requests that this Court adjust his sentence and retroactively grant him the 15 months' credit.

It is **ORDERED** that the Government file a response on or before **July 31, 2005**, as to why the relief prayed for in the petition should not be granted and addressing the merits of the defendant's claims.  There shall be no extensions of time for compliance, except for good cause shown, which means events that are unforeseeable and beyond the control of any of the parties.

SO ORDERED this __8th__ day of July 2005, at Hartford, Connecticut.

___/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**