UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
|     Plaintiff | ) | No: | 3:02CR256(CFD) |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| RUDOLPH OTERO | ) | February 22, 2008 | |
|     Defendant | ) | | |

**MOTION FOR THE REDUCTION OF SENTENCE**

The defendant Rudolph Otero respectfully moves this court for a reduction of his sentence consistent with the recently enacted sentencing guideline amendments which apply with retroactive effect to this defendant.

A memorandum in support of this motion is submitted herewith.

THE DEFENDANT

By_____

Christopher J. McCarthy
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
Telephone No.: (860) 659-0700
Federal Bar No.: ct04852

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 22nd day of February, 2008, to all counsel and pro se parties of record as follows:

| | |
|---|---|
| Raymond Miller<br>Assistant United States Attorney<br>157 Church Street<br>23rd Floor<br>New Haven, CT 06510 | U.S. Probation Office<br>450 Main Street<br>Hartford, CT 06103 |

_____
                                       Christopher J. McCarthy