UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) | No:   3:02CR256(CFD) |
| vs. | )<br>) | |
| RUDOLPH OTERO<br>Defendant | )<br>)<br>)<br>) | March 25, 2008 |

## MEMORANDUM IN RESPONSE TO THE ADDENDUM TO PRESENTENCE REPORT

The defendant Rudolph Otero submits the following Memorandum in Response to the Addendum Report submitted by the United States Office of Probation on 3/1/08. A copy is annexed hereto as Exhibit A.

## I. CRIMINAL HISTORY CATEGORY

At the time of his sentencing in April of 2003, the initial presentence report placed this defendant in Criminal History Category V, and the court subsequently departed on the calculation of the Defendant's criminal history, placing him in Category IV.

The attached addendum recalculated the projected release date for this Defendant and imprisonment range based on Criminal History Category V. Upon contacting the Office of Probation, the undersigned was advised that the Office of Probation, as a matter of policy, is utilizing the Criminal History Category it attributed to the Defendant in the original presentence report. The Defendant disagrees with this approach, and urges that the Defendant's recalculated sentence be

based upon Criminal History Category IV, as determined by the court when the Defendant was originally sentenced.

THE DEFENDANT

By _____
Christopher J. McCarthy
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
Telephone No.: (860) 659-0700
Federal Bar No.: ct04852

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of March, 2008, to all counsel and pro se parties of record as follows:

Raymond Miller
Assistant United States Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

Chambers of The Honorable
Christopher F. Droney

Otto Rothi
U.S. Probation Office
450 Main Street
Hartford, CT 06103

_____
Christopher J. McCarthy

EXHIBIT A

# ADDENDUM TO THE PRESENTENCE REPORT
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
## UNITED STATES V. RUDOLPH OTERO; DKT.NO.3:02CR00256(CFD)

**Date Sentence Imposed:** April 2, 2003

**Original Sentence Imposed:** 84 months' imprisonment followed by 4 years' supervised release

**Projected Release Date:** January 14, 2010

**Revised Projected Release Date Estimate:** December 14, 2009

| ORIGINAL GUIDELINES CALCULATIONS | REVISED GUIDELINES CALCULATIONS |
|---|---|
| Total Offense Level: 25 | Total Offense Level: 23 |
| Criminal History Category: V | Criminal History Category: V |
| Imprisonment Range: 100 to 125 months | Imprisonment Range: 84 to 105 months |
| Difference in Sentencing Range: 16 to 20 months ||

**Institution:** Ray Brook FCI

**Public Safety Factors:** None

**Institutional Adjustment:** The Progress Report indicates that Mr. Otero has adjusted well while he was incarcerated and was not a management problem.

Respectfully submitted,

EDWARD SCOTT CHINN
CHIEF U.S. PROBATION OFFICER

By /s/ Otto Rothi  for OR
Otto Rothi
U.S. Probation Officer

EXHIBIT A

2

Reviewed and Approved:

*[signature]*

Ray Lopez
Senior U.S. Probation Officer

OR/jc
New Haven, CT
March 1, 2008