AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of CONNECTICUT

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RUDOLPH OTERO ) | Case No: 3-02-cr-256 (CFD) |
| ) | USM No: 14849-014 |
| Date of Previous Judgment: April 14, 2003 ) | Christopher McCarthy |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __70 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __4/14/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 16, 2008                            /s/ Christopher F. Droney
                                                    Judge's signature

Effective Date: _____                            CHRISTOPHER F. DRONEY, U.S.D.J.
(if different from order date)                      Printed name and title